UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2015

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-15- |
| --- | --- | --- |
| v. | § § § | **15-060** |
| RAYNARD GRAY, | § | |
| SONNY FLOYD PERVIS, | § | |
| LEROY CARLTON RICHARDSON, | § | |
| HOWARD BERNARD GLAZE, | § | |
| KEITH DERWIN McGEE, | § | |
| CHRISTOPHER BRAZIEL, and | § | |
| KWHUN DOMINIQUE JOHNSON | § | |
| Defendants | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about July 28, 2014, in the Houston Division of the Southern District of Texas,

RAYNARD GRAY,
SONNY FLOYD PERVIS,
LEROY CARLTON RICHARDSON,
HOWARD BERNARD GLAZE,
KEITH DERWIN McGEE,
CHRISTOPHER BRAZIEL, and
KWHUN DOMINIQUE JOHNSON,

defendants herein, aiding and abetting each other, by force, violence and intimidation did take and attempt to take from the person or presence of another money, belonging to and in the

1

care, custody, control, management, and possession of the Shared Resources Credit Union at 2102 SH 225, Pasadena, Texas, a credit union whose deposits were then insured by the National Credit Union Insurance Fund, and in committing such offense, the defendants, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, §§ 2113(a), (d), and 2.

COUNT TWO

On or about July 28, 2014, in the Houston Division of the Southern District of Texas,

>RAYNARD GRAY,
>SONNY FLOYD PERVIS,
>LEROY CARLTON RICHARDSON,
>HOWARD BERNARD GLAZE,
>KEITH DERWIN McGEE, and
>CHRISTOPHER BRAZIEL,

defendants herein, aiding and abetting each other, did knowingly carry, and brandish a firearm, namely, handguns, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being bank robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.

A TRUE BILL:

Original Signature on File

_____
FOREMAN OF THE GRAND JURY


KENNETH MAGIDSON
United States Attorney

BY: _____
RICHARD D. HANES
Assistant United States Attorney

3